181 So. 920

### Theo HODGE v. STATE.
### 8 Div. 629.

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

■

185 So. 923

### Arthur HOLLAND v. STATE.
### 6 Div. 328.

Court of Appeals of Alabama.
Dec. 13, 1938.

A. K. Callahan, of Tuscaloosa, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

■

180 So. 898

### Emmett HOLLAND v. STATE.
### 8 Div. 703.

Court of Appeals of Alabama.
April 12, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

■

177 So. 921

### Virgil HOLLEY v. STATE.
### 6 Div. 147.

Court of Appeals of Alabama.
Dec. 14, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

■

184 So. 916

### Goodman HOLLINGSWORTH v. STATE.
### 7 Div. 402.

Court of Appeals of Alabama.
Nov. 1, 1938.

E. W. Harmon, of Anniston, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.